*Cleary & West,* for appellant.

*J. Ward, A. H. Ward,* for appellee.

---

SUSAN VICK *v.* JOHN F. BARCLAY.

**Descent and Distribution—Devise in Fee Simple.**

A devise in real and personal estate to children in fee, is not made defeasible by the declaration "should either of my children die without children, the surviving children to inherit." It is not a limitation of the title or a restraint on the jus disperendi.

APPEAL FROM LOGAN CIRCUIT COURT.

March 5, 1870.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The devise to the testator's children of real and *personal* estate

in fee is not made defeasible by the declaration "should either of my children die without children, the surviving children to inherit," ·but that super-addition would be most consistently interpreted as a mere testamentary recognition of the law of descent and distribution, and not as a limitation of the title or a restraint on the *jus disp'erendi*.

Wherefore, the judgment of ·the circuit court limiting the estate to a defeasible fee is reversed, and the cause remanded.

*Rhea, for appellant.*